UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAWN VAGUE,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. C22-1684 RSM

**ORDER AMENDING SCHEDULING ORDER**

Based on Plaintiff's Motion For Extension of Time (Dkt. 12), and that Defendant's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including June 12, 2023, to file an Opening Brief,
- Defendant shall have up to and including July 12, 2023, to file a response to Plaintiff's Opening Brief; and
- Plaintiff shall have up to and including July 26, 2023, to file the optional Reply Brief.

DATED this 25th day of April, 2023.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING SCHEDULING ORDER - 1