UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAWN VAGUE,<br><br>          Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. C22-1684 RSM<br><br>**ORDER TO SHOW CAUSE** |

    Plaintiff was required to file the Opening Brief for this matter on or before June 12, 2023. Dkt. 13. Plaintiff has neither filed the Opening Brief nor requested an extension of time.

    Plaintiff is ordered to show cause by July 3, 2023, why this matter should not be dismissed for lack of prosecution. Failure to show cause may result in dismissal of this action. Plaintiff may respond by filing the Opening Brief along with an explanation for the delay. If the Court finds the explanation reasonable, the Court will accept the late brief and amend the Scheduling Order to avoid prejudice to Defendant.

    DATED this 20th day of June, 2023.

                                                         Ricardo S. Martinez
                                                         United States District Judge