UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAWN VAGUE,

              Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

Case No. C22-1684 RSM

**ORDER AMENDING SCHEDULING ORDER**

Based on Plaintiff's motion for extension of time, and given that Defendant has no opposition, the Scheduling Order is hereby AMENDED for a third time as follows:

- Plaintiff shall have up to and including July 19, 2023 to file the Opening Brief.
- Defendant shall have up to and including August 18, 2023 to file the Responsive Brief.
- Plaintiff shall have up to and including September 1, 2023 to file the optional Reply Brief.

DATED this 18th day of July, 2023.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING SCHEDULING ORDER - 1