UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAWN VAGUE,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. C22-1684 RSM

**ORDER GRANTING IN PART DEFENDANT'S MOTION TO AMEND THE SCHEDULING ORDER**

This matter comes before the Court on Defendant's motion to Amend the Scheduling Order. Dkt. 22.

Defendant requests to extend the Response Brief deadline to October 2, 2023 due to workload issues. *Id*. at 2. Defendant also states Plaintiff's counsel has requested to submit the optional Reply Brief on November 15, 2023 due to "his own scheduling issues." *Id*.

The Court is sympathetic to the situation of both parties, but it also makes great efforts to ensure that social security cases are resolved in a timely fashion. Given that Plaintiff's counsel has no opposition to Defendant's request, the Court GRANTS Defendant's request for an extension. However, Plaintiff's counsel's "scheduling issues" is not good cause to delay the submission of Plaintiff's optional Reply Brief by 44 days. The Court, therefore, DENIES Plaintiff's request for a 44-day extension and instead GRANTS Plaintiff a 21-day extension to

ORDER GRANTING IN PART DEFENDANT'S
MOTION TO AMEND THE SCHEDULING
ORDER - 1

file the optional Reply Brief.

Accordingly, it is hereby ORDERED that the Scheduling Order (Dkt. 11) is amended as follows:

- Defendant shall have up to and including October 2, 2023, to file a response to Plaintiff's Opening Brief; and

- Plaintiff shall have up to and including October 23, 2023, to file the optional Reply Brief.

DATED this 15th day of August, 2023.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING IN PART DEFENDANT'S
MOTION TO AMEND THE SCHEDULING
ORDER - 2