1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAWN VAGUE,

      Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

Case No. C22-1684 RSM

**ORDER AMENDING THE
SCHEDULING ORDER**

   Based on Plaintiff's motion to amend the scheduling order, and that Defendant's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order (Dkt. 11) shall be amended as follows:

- Plaintiff shall have up to and including November 10, 2023, to file the optional Reply Brief.

   DATED this 11th day of October, 2023.

                 Ricardo S. Martinez
                 United States District Judge