UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAWN VAGUE,

           Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

Case No. C22-1684 RSM

**ORDER AMENDING THE SCHEDULING ORDER**

Based on Plaintiff's motion to amend the scheduling order, and that Defendant's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order (Dkt. 11) shall be amended as follows: Plaintiff shall have up to and including November 20, 2023, to file the optional Reply Brief. The Court notes Plaintiff has requested to amend the Scheduling Order multiple times, and this instant request for additional time was due to "a personal request and need." Dkt. 27 at 1. The Court makes great efforts to ensure that social security cases are resolved in a timely fashion. No further extensions of time to file the optional Reply Brief will be granted.

DATED this 14th day of November, 2023.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1