**Harvey Grad**
**Harvey Grad, PS**
323 Queen Anne Ave. N., Ste. 102
Seattle, WA 98109
O 206.331.3927
Attorney for Plaintiff                              **For Consideration March 15, 2024**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAWN VAGUE<br><br>Plaintiff,<br><br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant | Case No.:  C22-1684 RSM<br>             2:22-cv-01684-RSM<br><br>ORDER ON PLAINTIFF'S MOTION FOR EAJA FEES AND EXPENSES, FOLLOWING REVERSAL AND REMAND (AGREED BY PARTIES) |

THIS MATTER having come on before the Court,

The Court hereby directs that Plaintiff is awarded EAJA Fees in the sum of $7,933.15 and Expenses in the sum of $24.88; and that such fees and expenses shall be paid directly to Plaintiff's counsel, Harvey Grad, at 323 Queen Anne Ave. N., Ste. 102, Seattle, WA 98109.

This order shall be subject to any offset for any applicable debt(s) pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010).

DATED this 3rd day of May, 2024.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Vague v. Comm'r SSA
ORDER ON PLAINTIFF'S MOTION FOR
EAJA FEES- Page 1
2:22-CV-01684-RSM

Harvey Grad, WSBA 6506
Harvey Grad, PS
323 Queen Anne Ave. N., Ste. 102
Seattle, WA 98109
Ph.: 206.331.3927 – Fax: 206.327.9284
Harvey@HarveyGradLaw.com